**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Jason Towns, et al.
            Plaintiff,

v.               Case No.: 1:23−cv−16316
               Honorable April M. Perry

Peoples Gas Light & Coke Co.,, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 10, 2025:

   MINUTE entry before the Honorable M. David Weisman: The Court adopts and enters the agreed proposed discovery schedule as follows: Rule 26(a)(1) disclosures exchanged by 2/14/25; Parties' shall meet and confer regarding ESI by 2/21/25; Fact discovery, including depositions of named Plaintiffs and 30(b)(6) depositions to close/be completed on or before 11/10/25. Status hearing set for 2/11/25 is stricken and reset to 6/3/25 at 9:15 a.m. A joint status report shall be filed by noon on 5/29/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.